

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. S. Murchison
Executive Director
State Department of Public Welfare
Austin, Texas

Dear Sir:

Opinion No. O-5042

Re: Cashing Old Age Assistance,
Aid to the Needy Blind, and
Aid to Dependent Children
Warrants after the death of
the recipient or payee named
therein

     We have carefully considered your letter of
January 14, 1943, which reads as follows:

    "The Department of Public Welfare mails the
old age assistance, aid to the needy blind, and
aid to dependent children warrants each month
between the fifth or sixth and the fifteenth of
the month. These warrants are dated on the day
that we anticipate that the warrants will be
mailed and are for the current month.

    "In the event a recipient of assistance dies
during the current month, but prior to the cashing
of his warrant, is it permissible under existing
laws for this Department to permit the administra-
tor of the estate, or some person responsible for
the payment of the debts of the recipient, to cash
and use this last warrant?

    "If the first question is answered in the
negative, is it permissible for the Department to
cancel the warrant issued to the recipient and re-
issue a warrant to the administrator of the estate
or some person legally responsible for the payment
of the recipient's debts?"

Honorable J. S. Murchison - page 2

In our opinion the warrants inquired about are transferable, and may be paid to any one who holds same, properly endorsed.

If the payee named in the warrant dies before he endorses same, the warrant can only be paid to his administrator, heirs or guardian.

The unpaid warrant can not be cancelled by you and a new warrant issued in lieu thereof.

MAR 31, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

THIS OPINION
CONSIDERED AND
APPROVED IN
LIMITED
CONFERENCE